

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00111-CV

---

In re TAC Total Automation Controls, Inc., TAC Insumos Industriales, S. de R. de R.L. de C.V., Carlos Pablo Lara Elias and Luis Ernesto Martinez Ontiveros, Relators

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

On July 17, 2026, Relators TAC Total Automation Controls, Inc., TAC Insumos Industriales, S. de R. de R.L. de C.V., Carlos Pablo Lara Elias and Luis Ernesto Martinez Ontiveros filed their "Unopposed Motion to Lift Abatement and Voluntarily Dismiss." We reinstate the proceeding and grant Relators' motion.[1]

---

[1] On July 2, 2026, we abated this original proceeding to allow the trial court to act on the parties' joint motion to vacate the contempt orders, which formed the basis for this proceeding.

According to the motion, as part of the parties' settlement agreement, they jointly moved the trial court to vacate the contempt orders that are the subject of this petition for writ of mandamus. To their motion to dismiss, Relators attach the trial court's order vacating the contempt orders at issue and ask that the Court dismiss this original proceeding.

Because the controversy has been resolved, we dismiss this original proceeding as moot. *See In re Gray*, 578 S.W.3d 212, 213 (Tex. App.—Tyler 2019, no pet.) (mem. op.) (orig. proceeding) ("because the parties resolved the dispute presented in this original proceeding, we grant Relators' motion to dismiss and dismiss the petition for writ of mandamus as moot").


LISA J. SOTO, Justice

July 22, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.